Sempra Energy

Maury De Bont
Risk Manager

Sempra Energy
Risk Management
101 Ash Street
San Diego, CA 92101-3017

Tel: (619) 696-2057
Fax: (619) 696-4464
MDeBont@sempra.com

October 9, 2009

Greg Presswood
Executive General Adjuster
Vice President / Branch Manager
McLarens Young International
10235 W. Little York, Suite 170
Houston, TX 77040-3253

Loss:           Hurricane Ike Claim – CAT#60
Location:    Hackberry, LA
DOL:          09/13/2008
MYI File No: 07.003119.MI

Dear Greg,

Pursuant to General Condition 11 of the Builder's Risk Policy for the Cameron LNG Receiving Terminal, Sempra Energy, at our discretion as the designated Loss Payee, has decided and hereby directs underwriters that any and all further payments under this policy for claims made against the policy by Aker Kvaerner/IHI arising out of the landfall of Hurricane Ike and the resultant damages to the Cameron LNG Facility shall be paid directly to Aker Kvaerner/IHI. The claims of Aker Kvaerner/IHI should be adjusted with Aker Kvaerner/IHI and the insurance proceeds checks should be made payable only to Aker Kvaerner/IHI.

Best Regards,

Maury De Bont

cc:   M. Moreno
      K. McDonnell

EXHIBIT E