United States District Court
Southern District of Texas
FILED

FEB 0 4 2010

Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PENNSYLVANIA; ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD.; ALLIANZ GLOBAL RISKS US INSURANCE CO.; COMMONWEALTH INSURANCE CO.; NAVIGATORS MANAGEMENT COMPANY, INC.; and ARCH SPECIALTY INSURANCE CO. | PLAINTIFFS |

H-10-0342

V.                                          CIVIL ACTION NO._____

AKER KVAERNER|IHI, a General Partnership                          DEFENDANT

CORPORATE DISCLOSURE STATEMENT OF
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, National Union Fire Insurance Company of Pittsburgh, Pennsylvania ("National Union") provides the following corporate disclosure statement:

National Union is a nongovernmental corporation. National Union is a wholly-owned subsidiary of AIG Commercial Insurance Group, Inc. AIG Commercial Insurance Group, Inc. is a wholly-owned subsidiary of AIG Property Casualty Group, Inc. AIG Property Casualty Group, Inc. is a wholly-owned subsidiary of American International Group, Inc., a publicly traded corporation. No other publicly traded corporation owns ten percent or more of National Union.

THIS the 4th day of February, 2010.

599648

Respectfully submitted,

**CARROLL WARREN & PARKER PLLC**

By: _____

Myles A. Parker
Attorney-in-charge
TX Bar No. 24054570; S.D.TX Bar No. 375843
CARROLL WARREN & PARKER PLLC
Post Office Box 1005
Jackson, Mississippi  39215-1005
Phone: 601/592-1010
Fax:    601/592-6060

**ATTORNEYS FOR PLAINTIFFS**
NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA; ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD.; ALLIANZ GLOBAL RISKS US INSURANCE CO.; COMMONWEALTH INSURANCE CO.; NAVIGATORS MANAGEMENT COMPANY, INC.; and ARCH SPECIALTY INSURANCE CO.

599648